# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY (US) HOLDINGS, INC., and SEAGATE TECHNOLOGY LLC,<br><br>             Defendants. | Misc. No. _____<br><br>(Civ. No. 16-cv-00538)<br>(Case Pending in W.D. Pa.) |

**DEFENDANTS SEAGATE TECHNOLOGY (US) HOLDINGS, INC.'S AND SEAGATE TECHNOLOGY LLC'S MOTION TO COMPEL THIRD PARTY ACACIA RESEARCH CORPORATION'S COMPLIANCE WITH SUBPOENA**

Defendants Seagate Technology (US) Holdings, Inc., and Seagate Technology LLC (collectively, "Seagate") hereby move to compel third party Acacia Research Corporation to produce unredacted versions of subpoenaed documents pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i).  The grounds for this motion are set forth in Seagate's Opening Brief in Support of Their Motion, filed contemporaneously.

| | |
|---|---|
| *Of Counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| FAEGRE BAKER DANIELS LLP | /s/ *Pilar G. Kraman* |
| David J.F. Gross<br>Calvin L. Litsey<br>1950 University Avenue, Suite 450<br>East Palo Alto, CA 94303<br>650-324-6700<br>david.gross@faegrebd.com<br>calvin.litsey@faegrebd.com | _____<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com |
| Chad Drown<br>Elizabeth Cowan Wright<br>Theodore M. Budd<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>612-766-7000<br>chad.drown@faegrebd.com<br>elizabeth.cowanwright@faegrebd.com<br>ted.budd@faegrebd.com | *Attorneys for Seagate Technology (US)*<br>*Holdings, Inc. and Seagate Technology LLC* |
| Dated:  June 13, 2017 | |