# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY (US) HOLDINGS, INC., and SEAGATE TECHNOLOGY LLC,<br><br>Defendants. | Misc. No. 17-148<br><br>(Civ. No. 16-cv-00538)<br>(Case Pending in W.D. Pa.) |

## ORDER

The Court having considered Defendants Seagate Technology (US) Holdings, Inc., and Seagate Technology LLC (collectively, "Seagate") Motion For Leave to File Motion to Compel Under Seal,

IT IS ORDERED this 14th day of June, 2017, that the Motion is GRANTED. Seagate shall file a public version of the sealed filings within seven days of filing.

_____
United States District Judge