# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ACACIA RESEARCH CORPORATION<br><br>SEAGATE TECHNOLOGY (US) HOLDINGS, INC., and SEAGATE TECHNOLOGY LLC,<br><br>    Petitioners,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>    Respondent. | Case. No. 1:17-mc-00148 |
| LAMBETH MAGNETIC STRUCTURES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY (US) HOLDINGS, INC., and SEAGATE TECHNOLOGY LLC,<br><br>    Defendants. | **(Civ. No. 16-cv-00538)**<br>**(Case Pending in W.D. Pa.)** |

## **AMENDED CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on June 13, 2017, copies of:

1) *Defendants Seagate Technology (US) Holdings, Inc. and Seagate Technology LLC's Motion to Compel Third Party Acacia Research Corporation's Compliance with Subpoena;*

01:22026603.1

2) *[SEALED] Defendants Seagate Technology (US) Holdings, Inc. and Seagate Technology LLC's Opening Brief in Support of their Motion to Compel Third Party Acacia Research Corporation's Compliance with Subpoena;* and

3) *[SEALED] Declaration of Theodore M. Budd in Support of Defendants Seagate Technology (US) Holdings, Inc. and Seagate Technology LLC's Motion to Compel Third Party Acacia Research Corporation's Compliance with Subpoena*

were served on the following in the manner indicated:

**BY E-MAIL AND FTP SITE**

Kenneth Hsu, Esquire
Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
khsu@sycr.com

*Attorney for Third Party Acacia Research Corporation*

The undersigned counsel hereby further certifies that on June 14, 2017, copies of:

1) *Defendants Seagate Technology (US) Holdings, Inc. and Seagate Technology LLC's Motion to Compel Third Party Acacia Research Corporation's Compliance with Subpoena;*

2) *[SEALED] Defendants Seagate Technology (US) Holdings, Inc. and Seagate Technology LLC's Opening Brief in Support of their Motion to Compel Third Party Acacia Research Corporation's Compliance with Subpoena;* and

3) *[SEALED] Declaration of Theodore M. Budd in Support of Defendants Seagate Technology (US) Holdings, Inc. and Seagate Technology LLC's Motion to Compel Third Party Acacia Research Corporation's Compliance with Subpoena*

together with this Amended Certificate of Service, were served on the following in the manner indicated:

**BY HAND DELIVERY**

Acacia Research Corporation
c/o Registered Agent Solutions, Inc.
1679 S. DuPont Highway, Suite 100
Dover, DE 19901

| | |
|---|---|
| *Of Counsel:* | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| FAEGRE BAKER DANIELS LLP | /s/ *Pilar G. Kraman* |
| | _____ |
| David J.F. Gross | Pilar G. Kraman (No. 5199) |
| Calvin L. Litsey | Rodney Square |
| 1950 University Avenue, Suite 450 | 1000 North King Street |
| East Palo Alto, CA 94303 | Wilmington, DE 19801 |
| 650-324-6700 | (302) 571-6600 |
| david.gross@faegrebd.com | pkraman@ycst.com |
| calvin.litsey@faegrebd.com | |
| | *Attorneys for Seagate Technology (US) Holdings, Inc. and Seagate Technology LLC* |
| Chad Drown | |
| Elizabeth Cowan Wright | |
| Theodore M. Budd | |
| 2200 Wells Fargo Center | |
| 90 South Seventh Street | |
| Minneapolis, MN 55402-3901 | |
| 612-766-7000 | |
| chad.drown@faegrebd.com | |
| elizabeth.cowanwright@faegrebd.com | |
| ted.budd@faegrebd.com | |

Dated: June 14, 2017